# Canas Legal, LLC
## ⚖ Est. 2014

407 Lincoln Road, Suite 6H, PMB 176
Miami Beach, Florida 33139

Phone: (786) 708-1587
Email: erica@canaslegal.com
LinkedIn: linkedin.com/in/ericacanas

May 19, 2025

<u>Via CM/ECF</u>

Clerk of the Court
Phillip Burton Federal Building
& United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

    Re:    Application for Issuance of Subpoena Pursuant to
             Digital Millennium Copyright Act (DMCA), 17 U.S.C. § 512(h)

Dear Sir or Madam,

      On behalf of my client, Roy Philipose, an individual, I respectfully request that the Clerk of the Court issue a subpoena pursuant to 17 U.S.C. § 512(h).

      Section 512(h)(1) of the DMCA provides that a "copyright owner or a person authorized to act on the owner's behalf may request the clerk of any United States district court to issue a subpoena to a service provider for identification of an alleged infringer in accordance with this subsection." Pursuant to 17 U.S.C. § 512(h)(2), the request may be made by filing with the clerk the following documents:

    1. A copy of a notification described in subsection (c)(3)(A) (the DMCA Takedown Notice);
    2. A proposed Subpoena; and
    3. A sworn declaration to the effect that the purpose for which the subpoena is sought is to obtain the identity of an alleged infringer and that such information will only be used for the purpose of protecting rights under this title.

If the foregoing requirements are met, the Clerk of the Court "shall expeditiously issue and sign the proposed subpoena and return it to the requester for delivery to the service provider." 17 U.S.C. § 512(h)(4).

My client has filed herewith the required documents in the following order: (1) the proposed subpoena (2) the sworn declaration, and (3) the DMCA Takedown Notification. Accordingly, insomuch that my client has complied with 17 U.S.C. § 512(h), she requests that the Clerk of the Court issue and sign the proposed subpoena and deliver same to undersigned counsel for service on the subpoena recipient.

If you have any questions concerning this request, please do not hesitate to contact me at the above contact details.

Sincerely,

Erica Cañas, Esq.