UNITED STATES DISTRICT COURT
for the
Norther District of California

In re: <u>DMCA Subpoena to Lolcow LLC</u>                Civil Action No. <u>3:25-mc-80120</u>

**DECLARATION OF ERICA CANAS IN SUPPORT OF
REQUEST FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)**

I, Erica Canas, declare as follows:

1. I am an attorney licensed to practice in the State of Florida and admitted to the Southern District of Florida. I represent **Roy Philipose**, an individual.

2. On behalf of **Roy Philipose**, I am requesting that the subpoena be issued pursuant to 17 U.S.C. § 512(h) to identify the individual(s) and or entity(ies) infringing on my client's copyrighted works.

3. The purpose for which the subpoena is sought is to obtain the identity of alleged infringers, and such information will only be used for the purpose of protecting Mr. Philipose's rights under 17 U.S.C. § 101, et al.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: <u>May 19, 2025</u>

By: _____
    Erica Canas