# DMCA TAKEDOWN NOTICE: College Truth 2

To legal@kiwifarms.net

Date: 05-15-25

**Takedown Notice Pursuant to the Digital Millennium Copyright Act of 1998**

To Whom It May Concern,

This is a notice in accordance with the Digital Millennium Copyright Act of 1998 (DMCA) requesting that you immediately cease to provide access to copyrighted material.
I wish to report an instance(s) of Copyright Infringement, whereby the infringing material appears on a website for which you are the host.

**The infringing material, which I contend belongs to me, is the following:**
1) College Truth 2 by Roy Philipose, U.S. Copyright #PA0002176807

**The infringing material is located at the following URL(s):**
1) https://kiwifarms.net/threads/roy-dr-p-philipose.7986/post-4420674
2) https://kiwifarms.net/threads/roy-dr-p-philipose.7986/post-16984634

**This content has been illegally uploaded and distributed by a third party and needs to be removed immediately. No one at KiwiFarms has the right to distribute or archive my content. Remove all instances of the content.**

**Failure to remove:**
Failure to remove will result in further legal action.

My contact information:
Name: Roy Philipose
Address: 502 W 7th ST, STE 100, Erie, PA 16502
E-mail address: info@royphilipose.com

1) I have a good faith belief that the use of the described material in the manner complained of is not authorized by the copyright owner, its agent, or by the operation of law.
2) The information in this notice is accurate, and I am the rightful copyright owner.
3) I declare under the perjury laws of the United States of America that this notification is true and correct.

Signed: Roy Philipose
Date: May 15, 2025

_____

Roy Philipose
Artist/Entrepreneur from Philadelphia
royphilipose.com

_____
"This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient, please notify the sender immediately and delete this email and any attachments. The content of this email is confidential and intended for the recipient specified in the message only. It is strictly forbidden to share any part of this message with any third party without the sender's written consent."